**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| Angela M. Mitchell and Robert Mitchell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. S24C-03-031 MHC |
| v. | ) | |
| | ) | |
| Jamon K. Silver, RJ Transport, LLC and | ) | |
| Contract Leasing Corp., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This 29th day of July, 2025, it appears to the Court that:

1. The Plaintiffs, Angela M. Mitchell and Robert Mitchell, filed this complaint pursuant to a motor vehicle collision with the Defendants, Jamon Silver and RJ Transport, LLC. The Defendants failed to file an answer and a default judgment was entered on January 3, 2025. An Inquisition Hearing was held on July 10, 2025. The Defendants failed to appear at the Inquisition Hearing.

2. Plaintiff Angela Mitchell seeks damages for past, present and future pain, medical lien and Department of Transportation bill. Plaintiff Robert seeks damages for loss of consortium.

3. Plaintiff Angela Mitchell testified she was rear ended while stopped at a stop light by a truck on October 25, 2022. She was taken by ambulance to Beebe Hospital then transferred to Christiana Hospital for three days. The accident caused a fracture of the C-1 vertebrae and multiple disc bulges. She reported no prior back injuries. She treated with the Delaware Neurological Group from February 2023 to July 2023. She wore a neck collar for 10 weeks. She experienced severe pain and was bruised head to toe. She testified the injuries still affect her sleep, has pain in her neck and is less active than before the accident.

4. Plaintiff Robert Mitchell testified his wife is less active and has trouble sleeping. He further testified he had to do more of the daily household chores. Lastly, he testified the marital relations have been impacted.

5. After considering the above facts, the Court enters judgment against the Defendants and awards the following:

    a. $30,215.01 for the medical lien;

    b. $186.33 for the Department of Transportation bill;

    c. $100,000.00 to Plaintiff Angela Mitchell for pain and suffering;

    d. $10,000.00 to Plaintiff Robert Mitchell for loss of consortium;

    e. The costs of this action; and,

f.  Post-judgment interest at the rate of 5.2% pursuant to 6 *Del. C.* §230(a).

**IT IS SO ORDERED**.

/s/ *Mark H. Conner*
Mark H. Conner, Judge


oc:  Prothonotary
xc:  Stephen W. Welsh, Esquire
     Jamon Silver